**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALEX GIASEVITS,

    Plaintiff,

v.                                                Case No: 8:13-cv-2676-T-30MAP

J.J.S. PROPERTIES, INC. and
JAMES SOFRONAS,

    Defendants.

_____

## **ORDER**

THIS CAUSE comes before the Court upon the Joint Motion to Approve Settlement (Dkt. #21). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Joint Motion to Approve Settlement (Dkt. #21) is GRANTED.

2.    The settlement is approved.

3.    This case is dismissed with prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-2676 approve settlement 21.docx